| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | |
| ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>REO Trust 2017-RPL1 | |
| LORRAINE HICKS<br>xxx-xx-5185<br>　　　　　Debtor. | Case No.:　　19-11431/MDC<br>Chapter:　　13<br>Judge:　　　MDC |

## CERTIFICATION OF SERVICE

I, Jill P. Trafton:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Romano Garubo & Argentieri, who represents US Bank in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On 5/23/19, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to confirmation of Debtor's plan.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 5/23/19                                    /s/ JILL P. TRAFTON
                                                  JILL P. TRAFTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lorraine Hicks<br>40 Maroon Road<br>Levittown, PA 19056 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| William C. Miller, Esq.<br>Chapter 13 Standing Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com